CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 1 3 2005

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CALVIN PERRY,<br>    Plaintiff, | )<br>)<br>)  Civil Action No. 7:05-cv-00519<br>) |
| v. | )  **FINAL ORDER**<br>) |
| KATHLEEN BASSETT, et al.,<br>    Defendant(s). | )  By: Hon. James C. Turk<br>)  Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action is hereby **DISMISSED**, pursuant to 28 U.S.C. §1915A(b)(1), as plaintiff's allegations either fail to state a claim or are frivolous or malicious; plaintiff's motion for preliminary injunction is hereby **DENIED**; and the action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 13th day of September, 2005.

/s/ James C. Turk
Senior United States District Judge